IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORETO L. FERNANDO,

      Petitioner,                    No. CIV S-08-2610 GGH P

      vs.

JOHN MARSHALL, Warden,

      Respondent.               ORDER

_____/

      By Order, filed on November 13, 2008, this court ordered a response to the amended petition. By request, filed on November 17, 2008, but, by application of the mailbox rule, actually filed on November 12, 2008, petitioner requested until December 12, 2008, to file a further amended petition. The court will permit petitioner to file a second amended petition, but there will be no further extension of time

      Accordingly, IT IS ORDERED that:

      1. Petitioner's request to file an amended petition (docket # 12), construed as a request to file a second amended petition, is granted;

      2. Petitioner must file his second amended petition by December 12, 2008, and there will be no further extension of time;

      3. The time limits for responsive briefing, as set forth in the Order, filed on

1  November 13, 2008 (docket # 9), either to a timely filed second amended petition or to the first

2  amended petition, are extended to commence upon timely filing of a second amended petition or

3  expiration of the time therefore.

4  DATED: November 24, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
fern2610.111