IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORETO L. FERNANDO,

    Petitioner,                      No. CIV S-08-2610 MCE GGH P

    vs.

JOHN MARSHALL,

    Respondent.                    <u>ORDER</u>

_____/

        In an Order, filed on 2/17/09 (docket # 23), petitioner was granted thirty days to file his opposition to respondent's motion to dismiss, filed on 1/07/09 (# 19), and informed that should he fail to do so, his objections, filed on 2/02/09 (# 21), would constitute his sole opposition. He was further informed that should he file a further opposition in response to that order, any such filing would constitute his opposition in full. It appears that subsequent to the filing of the 2/02/09 objections but prior to the filing of the Order of 2/17/09, petitioner did file, on 2/09/09 (# 22), his opposition to the motion.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's opposition to the pending motion to dismiss has been filed as of 2/09/09 (# 22);

/////

1

2. To the extent that petitioner was directed to file further opposition in the Order, filed on 2/17/09 (# 23), that portion of the order is vacated;

3. Respondent has 15 days from the date of this Order to file any reply, after which this matter will be deemed submitted.

DATED: February 20, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
fern2610.ord2

2